| | |
|---|---|
| 1 | MARC J. FAGEL (Cal Bar No. 154425) |
| 2 | SUSAN F. LAMARCA (Cal Bar No. 215231)<br>  lamarcas@sec.gov |
| 3 | MARK P. FICKES (Cal Bar No. 178570)<br>  fickesm@sec.gov |
| 4 | ROBERT S. LEACH (Cal. Bar No. 196191)<br>  leachr@sec.gov |
| 5 | SUSAN FLEISCHMANN (Cal. Bar No. 207194)<br>  fleischmanns@sec.gov |
| 6 | Attorneys for Plaintiff |
| 7 | SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, Suite 2600 |
| 8 | San Francisco, California  94104<br>Telephone:  (415) 705-2500 |
| 9 | Facsimile:  (415) 705-2501 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>MICHAEL J. BYRD,<br><br>            Defendant. | Civil Action No. C 07-4223 WHA<br><br>NOTICE OF RELATED CASE |

   Plaintiff Securities and Exchange Commission (the "Commission") hereby informs the Court, in accordance with Local Rule 3-12, that the above-captioned action meets the criteria for being deemed related to other actions now pending before the Honorable Charles R. Breyer, including: *Securities and Exchange Commission v. Gregory L. Reyes, Antonio Canova, and Stephanie Jensen*, C 06-4435 CRB, and the criminal proceeding also pending before Judge Breyer, *United States of America v. Gregory L. Reyes and Stephanie Jensen*, CR 06-0556 CRB.  In addition, this action may be deemed related to the action entitled *Securities and Exchange Commission v. Brocade Communications Systems. Inc.*, C 07-2821, which is also pending before

1  Judge Breyer. Defendants in C 06-4435 and CR 06-0556 were officers of Brocade
2  Communications Systems, Inc., as was the defendant in this action. These cases each involve
3  various allegations related to stock options granted at Brocade and violations of the federal
4  securities laws. The Commission therefore requests that the Court determine whether this action
5  should be assigned to Judge Breyer.

8  Dated: August 21, 2007                    Respectfully submitted,

10                                           /s/ Mark P. Fickes
                                             Mark P. Fickes
11                                           Attorney for Plaintiff
                                             SECURITIES AND EXCHANGE COMMISSION