United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. BYRD,<br><br>    Defendant._____/ | No. C 07-04223 CRB<br><br>**ORDER CONSOLIDATING AND RELATING CASES** |

      The Court hereby CONSOLIDATES this case with <u>SEC v. Reyes</u>, No. 06-4435-CRB (N.D. Cal. filed July 20, 2006). The Clerk of the Court shall file a copy of each of the pleadings filed in this case in that earlier-filed case. All future pleadings shall be filed in Case No. 06-4435-CRB.

//
//
//
//
//
//
//

The Court hereby RELATES this case with <u>United States v. Reyes</u>, No. CR-06-0556-CRB (N.D. Cal. filed July 20, 2006); <u>Roth v. Reyes</u>, No. C-06-2786-CRB (N.D. Cal. filed Apr. 24, 2006); <u>In re Brocade Commc'ns Sys., Inc. Derivative Litig.</u>, No. C-05-2233- CRB (N.D. Cal. filed June 1, 2005); <u>Smajlaj v. Brocade Commc'ns Sys., Inc.</u>, No. C-05-02042-CRB (N.D. Cal. filed May 19, 2005).

**IT IS SO ORDERED.**

Dated: August 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE