IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 06-04435 CRB |
| Plaintiff, | |
| v. | |
| GREGORY REYES, et al., | |
| Defendant. / | |
| SECURITIES AND EXCHANGE COMMISSION | No. C 07-4423 CRB |
| Plaintiff, | |
| v. | **Clerk's Notice** |
| MICHAEL BYRD, | |
| Defendant | |

YOU ARE NOTIFIED THAT the Court has rescheduled the hearing on the motion(s) currently on calendar for August 22, 2008 to Thursday, August 21, 2008 at 10:00 a.m. before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 7, 2008                                                                                      FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Barbara Espinoza
Courtroom Deputy